

# United States Department of the Interior

FISH AND WILDLIFE SERVICE

5275 Leesburg Pike
MS-ES
Falls Church, Virginia 22041

In Reply Refer To:
FWS/AES/DCC/BLPS/080526

James H. Lister
Brian V. Gerd
Birch Horton Bittner & Cherot
1150 Connecticut Ave., N.W., Ste. 350
Washington, D.C. 20036-4165

Dear James Lister and Brian Gerd:

On November 13, 2023, the U.S. Fish and Wildlife Service (Service) received your letter dated November 10, 2023, providing notice of Sportsmen's Alliance Foundation, Michigan Bear Hunters Association, Upper Peninsula Bear Houndsmen Association, and Wisconsin Bear Hunters Association's intent to sue the Service for allegedly violating the Endangered Species Act (ESA). Your letter alleges that the Service failed to make timely 90-day findings on your two related petitions which address the ESA status of gray wolves (*Canis lupus*) within the lower-48 U.S.

On June 29, 2023, we received your petitions asking the Service to (1) recognize and delist a distinct population segment (DPS) of Western Great Lakes gray wolves; (2) recognize a DPS of West Coast gray wolves and downlist that DPS's status from endangered to threatened; and (3) continue existing protections for any remnant gray wolf populations not included within the two proposed DPSes. The 90-day findings for these petitions are among our outstanding workload, and the Service will complete our review as soon as possible. The Service requests that you please refrain from filing suit at this time.

Thank you for your interest in conserving the gray wolf. If you have any questions or if you wish to discuss this matter further, please contact Rachel London, Branch of Delisting and Foreign Species, at 703-358-2491 or rachel_london@fws.gov.

Sincerely,

MARTHA BALIS-LARSEN
Digitally signed by MARTHA BALIS-LARSEN
Date: 2024.03.06 12:22:57 -05'00'

*Acting* Deputy Assistant Director
U.S. Fish and Wildlife Service