

# United States Department of the Interior

FISH AND WILDLIFE SERVICE

5275 Leesburg Pike
MS-ES
Falls Church, Virginia 22041

In Reply Refer To:
FWS/AES/DCC/BLPS/081453

Michael Jean
Litigation Counsel
U.S. Sportsman's Alliance Foundation
801 Kingsmill Parkway
Columbus, OH 43229
MJean@sportsmenalliance.org

Dear Michael Jean,

On July 2, 2024, we received your letter, dated July 2, 2024, providing notice of U.S. Sportsmen Alliance Foundation's, The Michigan Bear Hunters Association's, Upper Peninsula Bear Houndsmen Association's, and Wisconsin Bear Hunters Association's intent to sue the U.S. Fish and Wildlife Service for violating Section 4 of the Endangered Species Act (ESA) by allegedly failing to issue 90-day and 12-month findings on your petitions for various classification actions for the gray wolf.

On June 29, 2023, we received your two petitions, one of which requested that we designate and delist a Western Great Lakes DPS of gray wolves, and the other of which requested that we 1) continue ESA listings for the non-DPS remnant of the original Lower-48 gray wolf listing, and 2) recognize a West Coast Wolf DPS and downlist it from endangered to threatened.

On November 10, 2023, you filed a notice of intent to sue, alleging that we failed to issue 90-day findings on your petitions. On March 6, 2024, we sent a response explaining that the 90-day findings were among our outstanding workload and asked that you refrain from filing suit.

The 90-day and 12-month findings for your gray wolf petitions are some of the many outstanding actions that we must complete. We ask that you please refrain from filing suit at this time.

Thank you for your interest in the gray wolf. If you have any questions or wish to discuss this matter, please contact Rachel London, Manager, Branch of Delisting and Foreign Species, at 703-358-2491 or rachel_london@fws.gov.

Sincerely,

CRAIG AUBREY
Digitally signed by CRAIG AUBREY
Date: 2024.08.13 13:17:17 -04'00'

Craig Aubrey
Acting Deputy Assistant Director
for Ecological Services